AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | **MARK SACRIPANTI** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **4/4/2025 4:58:52 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

ALBIO SIRES

Place where served:

TOWN OF WEST NEW YORK, NEW JERSEY,  428 60TH STREET  WEST NEW YORK  NJ  07093

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SANDRA BONIA

Relationship to defendant **CLERK**

Description of Person Accepting Service:

SEX: F    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: OLIVE    HAIR: BROWN    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____      SERVICES $ _____.____      TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

4th day of April, 2025

Notary Signature _____

Rosemary Ramos              September 25th, 2028
Name of Notary              My Commission Expires

[Notary Seal: ROSEMARY RAMOS, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires September 25, 2028]

I, MARK SACRIPANTI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    04/04/2025
Signature of Process Server       Date

| | |
|---|---|
| ATTORNEY: | RICHARD MALAGIERE, ESQ. |
| PLAINTIFF: | JORGE E. GOMEZ |
| DEFENDANT: | TOWN OF WEST NEW YORK, NEW JERSEY, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 25 CV 02242 JXN CLW |
| COMMENT: | |