**TAYLOR LAW GROUP, LLC**
Lester E. Taylor, III, Esq., Atty. ID# 000022001
Christopher J. Buggy, Esq., Atty ID# 066242013
430 Mountain Avenue, Suite 103
New Providence, New Jersey 07974
(908) 219-7771
ltaylor@taylorlawgroupllc.com
cbuggy@taylorlawgroupllc.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE E. GOMEZ,<br><br>                     Plaintiff,<br><br>v.<br><br>TOWN OF WEST NEW YORK, NEW JERSEY; ALBIO SIRES (individually and in his official capacity as Mayor of the Town of West New York, New Jersey); LUIS BAEZ (individually and in his official capacity as Municipal Administrator for the Town of West New York, New Jersey); MARIELKA DIAZ (individually and in her official capacities as Commissioner and Director of Public Affairs of the Town of West New York, New Jersey); and, KELLY SCHWEITZER (individually and in her official capacity of Director of Human Resources of the Town of West New York, New Jersey),<br><br>                     Defendants. | Case No. 2:25-cv-02242 (JXN) (CLW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Christopher J. Buggy, Esq. of Taylor Law Group, LLC, hereby enters his appearance on behalf of Defendants Town of West New York, New Jersey, Albio Sires, Luis Baez, Marielka Diaz and Kelly Schweitzer in the above-captioned matter.

                                        **TAYLOR LAW GROUP, LLC**
                                        Attorneys for Defendants

Dated: July 9, 2025            By: /s/ Christopher J. Buggy
                                             Christopher J. Buggy