THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>SUITE 300A<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney*<br><br>Of Counsel<br>**Frank D. Rivellini**<br>**Francis J. DeVito** |

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

November 4, 2025

<u>**VIA CM/ECF**</u>
The Honorable Cari Fais, USMJ
United States District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square – Courtroom 9
Newark, New Jersey 07102

      Re:   JORGE GOMEZ v. WEST NEW YORK, et
            al. Civil Action No.: 2:25-cv-2242 JXN-CF

Dear Judge Fais:

We represent plaintiff, Jorge Gomez, in the above matter.

This matter was filed on April 2, 2025 (ECF No. 1). Defendants were served on April 4, 2025 (ECF Nos. 5 through 9). On July 10, 2025, defendants filed waivers of service that extended their time to answer until September 9, 2025 (ECF Nos. 11 through 15).

Rather than answer or other move, counsel for defendants wrote to Judge Neals on September 5, 2025 (ECF No. 16). That letter requested that the Court schedule a pre-motion conference to establish a briefing schedule for a pre-answer motion to dismiss the portions of plaintiff's complaint alleging <u>Monell</u> liability against the Town of West New York (Count Two) and common law civil conspiracy against the individual defendants (Count Three).

There has not been any response to defendants' request or any other activity on this matter since then.

We respectfully request that the Court set a date by which defendants must file their proposed motion or direct plaintiff to request defaults because of defendants' failure to respond to the complaint.

Thank you.

                                                Respectfully submitted,

                                                s/ Leonard E. Seaman
                                                LEONARD E. SEAMAN

LES/me


cc:    Christpher J. Buggy, Esq. (via CM/ECF)
        client (via email)