**TAYLOR LAW GROUP, LLC**
Lester E. Taylor, III, Esq., Atty. ID# 000022001
Christopher J. Buggy, Esq., Atty ID# 066242013
Micheaux A.D. Ferdinand, Esq. Atty ID# 481102025
430 Mountain Avenue, Suite 103
New Providence, New Jersey 07974
(908) 219-7771
ltaylor@taylorlawgroupllc.com
cbuggy@taylorlawgroupllc.com
mferdinand@taylorlawgroupllc.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE E. GOMEZ,<br><br>                          Plaintiff,<br><br>v.<br><br>TOWN OF WEST NEW YORK, NEW JERSEY; et al.<br><br>                          Defendants. | Case No. 2:25-cv-02242 (JXN) (CLW)<br><br>**NOTICE OF MOTION**<br>**TO DISMISS PURSUANT TO**<br>**FED. R. CIV. P. 12(b)(6)**<br><br>**Oral Argument Requested** |

TO:   Leonard E. Seaman, Esq.
      Law Offices of Richard Malagiere, P.C.
      250 Moonachie Road, Suite 300A
      Moonachie, New Jersey 07074
      Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on December 15, 2025, at 9:00 am, or as soon thereafter as counsel may be heard, Defendants Town of West New York, New Jersey, Albio Sires, Luis Baez, Marielka Diaz and Kelly Schweitzer (collectively, the "WNY Defendants"), will move before the Honorable Julien Xavier Neals, U.S.D.J., United States District Court, District of New Jersey, Martin Luther King Jr. Federal Bldg. & US Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for the entry of an order dismissing Plaintiff Jorge E. Gomez's complaint (ECF No. 1) against the WNY Defendants with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

2

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, the WNY Defendants shall rely upon their brief submitted simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                                              **TAYLOR LAW GROUP, LLC**
                                              Attorneys for Defendants

Dated: November 12, 2025           By: /s/ Christopher J. Buggy
                                                   CHRISTOPHER J. BUGGY

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2025, a copy of the foregoing and supporting documents was served on all counsel of record via ECF and email.

                                          **TAYLOR LAW GROUP, LLC**
                                          Attorneys for Defendants

Dated: November 12, 2025                By: /s/ Christopher J. Buggy
                                                    CHRISTOPHER J. BUGGY