**TAYLOR LAW GROUP, LLC**
Lester E. Taylor, III, Esq., Atty. ID# 000022001
Christopher J. Buggy, Esq., Atty ID# 066242013
Micheaux A.D. Ferdinand, Esq. Atty ID# 481102025
430 Mountain Avenue, Suite 103
New Providence, New Jersey 07974
(908) 219-7771
ltaylor@taylorlawgroupllc.com
cbuggy@taylorlawgroupllc.com
mferdinand@taylorlawgroupllc.com
Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE E. GOMEZ,<br>　　　　　　　Plaintiff,<br>v.<br>TOWN OF WEST NEW YORK, NEW JERSEY; et al.<br>　　　　　　　Defendants. | Case No. 2:25-cv-02242 (JXN) (CLW)<br><br>**ORDER<br>DISMISSING COMPLAINT**<br><br>Motion Day: December 15, 2025 |

**THIS MATTER**, having come before the Court upon the motion of Taylor Law Group, LLC (Christopher J. Buggy, Esq.), attorneys for Defendants Town of West New York, New Jersey ("WNY"), Albio Sires ("Mayor Sires"), Luis Baez ("Mr. Baez"), Marielka Diaz ("Commissioner Diaz") and Kelly Schweitzer ("Ms. Schweitzer") (collectively, the "WNY Defendants"), for the entry of an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff Jorge E. Gomez's Complaint (ECF No. 1) with prejudice, on notice to Law Offices of Richard Malagiere, P.C. (Leonard E. Seaman); and the Court having considered the submissions of the parties, and oral argument, if any; and for good cause shown;

**IT IS** on this _____day of _____, 202_,

**ORDERED** as follows:

1. The WNY Defendants' motion to dismiss Plaintiff's Complaint (ECF No. 1) be and is hereby granted.

2. Plaintiff's Complaint (ECF No. 1) against WNY be and is hereby dismissed with prejudice.

3. Plaintiff's Complaint (ECF No. 1) against Mayor Sires be and is hereby dismissed with prejudice.

4. Plaintiff's Complaint (ECF No. 1) against Commissioner Diaz be and is hereby dismissed with prejudice.

5. Plaintiff's Complaint (ECF No. 1) against Mr. Baez be and is hereby dismissed with prejudice.

6. Plaintiff's Complaint (ECF No. 1) against Ms. Schweitzer be and is hereby dismissed with prejudice.

HON. JULIEN X. NEALS, U.S.D.J.