THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney* | 250 MOONACHIE ROAD<br>SUITE 300A<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843 | 100 CHURCH STREET<br>SUITE 800<br>NEW YORK, NEW YORK 10007<br>212.879.5580<br>FAX: 212.879.5583 | **Michael Kahn**<br>*Registered Patent Agent*<br>**Leonard E. Seaman**<br>*Certified Civil Trial Attorney*<br><br>Of Counsel<br>**Frank D. Rivellini**<br>**Francis J. DeVito** |
|---|---|---|---|

**\*REPLY TO NJ OFFICE**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

November 20, 2025

<u>**VIA CM/ECF**</u>
Melissa E. Rhoads, Esq.
Clerk
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: **JORGE E. GOMEZ v. TOWN OF WEST NEW YORK, NEW JERSEY et al**
     **Civ. Action No.: 2:25-cv-02242-JXN-CF**

Dear Ms. Rhodes:

  This office represents plaintiff, Jorge E. Gomez, the above matter.

  Defendants' motion to dismiss (ECF No. 19) is returnable before The Honorable Julian X. Neals, U.S.D.J. on December 15, 2025. That is the original return date which has not previously been extended or adjourned, and plaintiff's opposition to the motion is not yet due.

  Pursuant to L.Civ.R. 7.1(d)(5), we respectfully request that the Court adjourn that motion to the next available motion day, which is January 6, 2026. Opposition will be due no later than December 22, 2025, and reply, if any, will be due no later than December 29, 2025.

  We apricate the Courts consideration of this request.

               Respectfully submitted,

               s/ Leonard E. Seaman
               LEONARD E. SEAMAN

2

LES:me

cc:    Christopher J. Buggy, Esq. (via CM/ECF)
        Client (via email)