**TAYLOR LAW GROUP, LLC**
Lester E. Taylor, III, Esq. Atty ID# 000022001
Christopher J. Buggy, Esq., Atty ID# 066242013
Micheaux A.D. Ferdinand, Esq., Atty ID# 481102025
430 Mountain Avenue, Suite 103
New Providence, New Jersey 07974
(908) 219-7771
ltaylor@taylorlawgroupllc.com
cbuggy@taylorlawgroupllc.com
mferdinand@taylorlawgroupllc.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE E. GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF WEST NEW YORK, NEW JERSEY et al.,<br><br>    Defendants. | Case No. 2:25-cv-02242 (JXN) (CLW)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Micheaux A.D. Ferdinand, Esq. of Taylor Law Group, LLC, hereby enters her appearance on behalf of Defendants Town of West New York, New Jersey, Albio Sires, Luis Baez, Marielka Diaz and Kelly Schweitzer in the above-captioned matter.

                 **TAYLOR LAW GROUP, LLC**
                 Attorneys for Defendants

Dated: November 21, 2025    By: /s/ Micheaux A.D. Ferdinand
                   Micheaux A.D. Ferdinand