**TAYLOR LAW GROUP, LLC**
Lester E. Taylor, III, Esq., Atty. ID# 000022001
Christopher J. Buggy, Esq., Atty ID# 066242013
Micheaux A.D. Ferdinand, Esq., Atty ID# 481102025
430 Mountain Avenue, Suite 103
New Providence, New Jersey 07974
(908) 219-7771
ltaylor@taylorlawgroupllc.com
cbuggy@taylorlawgroupllc.com
mferdinand@taylorlawgroupllc.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORGE E. GOMEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF WEST NEW YORK, NEW JERSEY; et al.<br><br>　　　　　Defendants. | Case No. 2:25-cv-02242 (JXN) (CLW)<br><br><br><br>**CERTIFICATION OF SERVICE** |

　　　　I, MICHEAUX A.D. FERDINAND, of full age, hereby certify as follows:

　　　　1.　　I am an attorney at law of the State of New Jersey and an associate with the law firm of Taylor Law Group, LLC, attorneys for Defendants Town of West New York ("WNY"), Albio Sires ("Mayor Sires"), Luis Baez ("Mr. Baez"), Marielka Diaz ("Commissioner Diaz") and Kelly Schweitzer ("Ms. Schweitzer") (collectively, the "WNY Defendants") in the above-captioned matter. In such capacity, I am fully familiar with the facts of this matter.

　　　　2.　　I certify that a copy of the WNY Defendants' reply brief in further support of their motion to dismiss was served on all counsel and parties of record via ECF.

Dated: December 29, 2025　　　　　　　　　　　/s/ Micheaux A.D. Ferdinand
　　　　　　　　　　　　　　　　　　　　　　　　Micheaux A.D. Ferdinand