

Micheaux A.D. Ferdinand | Associate
(908) 219-7385
mferdinand@taylorlawgroupllc.com

May 1, 2026

**Via ECF**
Honorable Cari Fais, U.S.M.J.
United States District Court, District of New Jersey
MLK Jr. Federal Bldg. & US Courthouse
Courtroom PO 9
50 Walnut Street
Newark, New Jersey 07102

>           RE:    **Gomez v. Town of West New York, et al.**
>                  **Case No. 2:25-cv-02242 (JXN) (CF)**
>
>                  **JOINT STATUS LETTER**

Dear Judge Fais:

This office represents Defendants Town of West New York, New Jersey ("WNY"), Albio Sires ("Mayor Sires"), Luis Baez ("Administrator Baez"), Marielka Diaz ("Commissioner Diaz") and Kelly Schweitzer ("Ms. Schweitzer") (collectively, the "WNY Defendants") in the above-referenced matter.  Please accept this joint status letter on behalf of the WNY Defendants and Plaintiff Jorge Gomez ("Plaintiff"), in accordance with the Court's April 6, 2026 text order (ECF No. 31).

The WNY Defendants served their discovery requests on Plaintiff on February 18, 2026. Plaintiff has not yet served responses to the discovery requests, which are due by May 6, 2026. Plaintiff served his discovery requests on April 15, 2026, responses to which are due May 16, 2026.  Additionally, Plaintiff's counsel, Mr. Leonard E. Seaman, Esq., has advised that he has retained an economic expert, Kristin Kucsma, M.A. of Sobel Tinari Economics Group, and provided information for her to prepare a report detailing plaintiff's economic damages.

Thank you for Your Honor's attention to and consideration of this matter.

Respectfully submitted,

**TAYLOR LAW GROUP, LLC**

/s/ Micheaux A.D. Ferdinand
          Micheaux A.D. Ferdinand

Hon. Cari Fais, U.S.M.J.
May 1, 2026
Page 2

cc:     All counsel of record