

Micheaux A.D. Ferdinand | Associate
(908) 219-7385
mferdinand@taylorlawgroupllc.com

June 5, 2026

**<u>Via ECF</u>**
Honorable Cari Fais, U.S.M.J.
United States District Court, District of New Jersey
MLK Jr. Federal Bldg. & US Courthouse
Courtroom PO 9
50 Walnut Street
Newark, New Jersey 07102

>      RE:    **Gomez v. Town of West New York, et al.**
>             **Case No. 2:25-cv-02242 (JXN) (CLW)**
>
>             **JOINT STATUS LETTER**

Dear Judge Fais:

This office represents Defendants Town of West New York, New Jersey ("WNY"), Albio Sires ("Mayor Sires"), Luis Baez ("Administrator Baez"), Marielka Diaz ("Commissioner Diaz") and Kelly Schweitzer ("Ms. Schweitzer") (collectively, the "WNY Defendants") in the above-referenced matter.  Please accept this joint status letter on behalf of the WNY Defendants and Plaintiff Jorge Gomez ("Plaintiff"), in accordance with the Court's April 6, 2026 text order (ECF No. 31).

The WNY Defendants served their discovery requests on Plaintiff on February 18, 2026. Plaintiff served his discovery requests on April 15, 2026.  On May 7, 2026, the parties consented to a seven (7) day extension to provide responses to the discovery requests, making Plaintiff's responses due May 13, 2026 and the WNY Defendants due on May 25, 2026.  To date, neither party has served responses.  Completion of Plaintiff's responses is ongoing. Plaintiff met with counsel on May 14, 2026 and provided most of the information necessary to complete the responses. Counsel was then required to attend to two other matters that were listed for trial in Bergen County Superior Court in late May. Those matters were resolved or adjourned. The discovery responses will be provided to plaintiff for final review and certification by June 11, 2026 and served immediately thereafter.  The WNY Defendants are in the process of compiling and reviewing responsive documents in hopes of completing this task in the next month.

Hon. Cari Fais, U.S.M.J.
May 1, 2026
Page 2

Thank you for Your Honor's attention to and consideration of this matter.

Respectfully submitted,

**TAYLOR LAW GROUP, LLC**

/s/ Micheaux A.D. Ferdinand
Micheaux A.D. Ferdinand

cc:    All counsel of record