**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

JORGE E. GOMEZ,

                   Plaintiff,

    v.

TOWN OF WEST NEW YORK, NEW
JERSEY, *et al.*,

                 Defendants.

Civil Action No. 25-2242 (JXN)(CF)

**ORDER**

**NEALS**, District Judge

      Before the Court is Defendants Town of West New York, Albio Sires, Luis Baez, Marielka Diaz, and Kelly Schweitzer's ("Defendants") motion to dismiss Plaintiff Jorge E. Gomez's ("Plaintiff") complaint. (ECF No. 19.) Plaintiff opposed (ECF No. 24), and Defendants replied (ECF No. 25). The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

      **IT IS** on this **16th** day of June 2026

      **ORDERED** that:

1. Defendants' motion to dismiss (ECF No. 19) is **GRANTED**;

2. The Complaint (ECF No. 1) is **DISMISSED** *without prejudice*;

3. Plaintiff shall have thirty (30) days from the date of this Order to file an amended pleading that addresses the deficiencies identified in the accompanying Opinion; and

4.  If Plaintiff fails to timely submit an amended pleading, the Court shall dismiss the

Complaint with prejudice.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**

2