THE LAW OFFICES OF
RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
SUITE 300A
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

***REPLY TO NJ OFFICE**

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

Of Counsel
**Frank D. Rivellini**
**Francis J. DeVito**

Writer's Direct Dial: 201.509-4180
Writer's e-mail: les@malagierelaw.com

October 1, 2026

**VIA CM/ECF**
The Julien X. Neals, USDJ
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Courtroom 5D
50 Walnut Street
Newark, New Jersey 07102

**Re: JORGE GOMEZ v. WEST NEW YORK, et al.**
**Civil Action No.: 2:25-cv-2242 JXN-CLW**

Dear Judge Neals:

We represent plaintiff, Jorge Gomez, in the above matter.

Plaintiff respectfully requests that the Court carry defendants' motion to dismiss plaintiff's first amended complaint (ECF No. 44) one cycle from its original return date of October 5, 2026 to October 19, 2026. Although I prepared a letter to the Clerk for an automatic extension to that later date under *L.Civ.R.* 7.1(d)(4), that application was not filed due to an inadvertent omission on my part created by other professional obligations and the recent religious holidays.

I contacted defendants' counsel to obtain their consent to this request and advised that I would file opposition by the date due for the revised return date (October 5, 2026) and would afford them any professional courtesies they might

need for submission of their reply. However, counsel responded that after consultation with their client, they could not consent.

Plaintiff can oppose defendants' motion on the merits and respectfully requests that Your Honor provide him with this extension so he may do so or simply consider this letter an invocation of *L.Civ.R.* 7.1(d)(4) *nunc pro tunc* to set the return date as requested.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

s/ Leonard E. Seaman
LEONARD E. SEAMAN

LES/me

cc: Christpher J. Buggy, Esq. (via CM/ECF)
Micheaux A.D. Ferdinand, Esq. (via CM.ECF)